**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRIAS HOLDING AG,<br><br>    Plaintiff,<br><br> v.<br><br>KE ZHI JIE, et al.,<br><br>    Defendants. | Case No. 18-cv-06416<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Michael T. Mason** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Trias Holding AG ("MCM" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Two Girl Store | 119 |

Dated this 25th day of October 2019.  Respectfully submitted,

    /s/ RiKaleigh C. Johnson
    Paul G. Juettner
    Justin R. Gaudio
    RiKaleigh C. Johnson
    Greer, Burns & Crain, Ltd.
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    312.360.0080 / 312.360.9315 (facsimile)
    pjuettner@gbc.law
    jgaudio@gbc.law
    rjohnson@gbc.law

    *Counsel for Plaintiff Trias Holding AG*