**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRIAS HOLDING AG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KE ZHI JIE, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06416<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Michael T. Mason** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 30, 2018 [45], in favor of Plaintiff Trias Holding AG ("MCM" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one million dollars ($1,000,000) per Defaulting Defendant for willful use of counterfeit MCM Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and MCM acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| qicai.yanzi Design Factory Store | 87 |
| World-in-Hand Store | 121 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 25th day of October 2019.	Respectfully submitted,

<u>RiKaleigh C. Johnson</u>
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Trias Holding AG*